**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| IAN RICE<br>MARIE RICE<br><br>      Plaintiffs,<br><br>      v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.<br><br>      Defendant. | <br><br><br><br><br><br>Case No. 1:12-cv-726-ELH |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 111, counsel for Plaintiffs hereby states:

1. On June 7, 2012 Plaintiffs Ian and Marie Rice filed a Notice of Acceptance with Offer of Judgment. ECF #7.

2. On June 8, 2012, the Court entered a Marginal Order approving Notice of Acceptance with Offer of Judgment. ECF #8.

3. The Offer of Judgment left open for the Court to resolve the issues of costs and attorney's fees. *Id.*

4. Counsel for Plaintiffs contacted counsel for Defendant in an effort to settle the remaining issues and to conserve judicial resources.

5. As a result of these communications, the parties were able to resolve the outstanding issues of costs and attorney's fees.

6. Therefore, there are no remaining issues for the Court to resolve in this litigation.

7. As of the date of this filing, the Clerk has not entered a judgment on the docket.

8. Each Party is to bear its own costs unless otherwise agreed.

9. This action should be dismissed without prejudice to the right of a party to move for good cause within thirty (30) days to reopen this action if settlement is not consummated.

10. If no party reopens this matter within the time period described hereinabove, the dismissal shall be with prejudice.

WHEREFORE, it is respectfully requested that this Honorable Court issue a Settlement Order pursuant to Local Rule 111.

                                Respectfully submitted,

                                Z LAW, LLC

Dated: June 26, 2012           By:      **/s/      28191**
                                Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                10811 Red Run Blvd., Suite 204
                                Owings Mills, Maryland 21117
                                (443) 213-1977 – telephone
                                clz@zlawmaryland.com

                                **Attorney for Plaintiff**